IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 20 -BU-KLD |
|---|---|
| Information associated with *mr.budsta.bs@gmail.com* that is stored at premises controlled by Google Inc. | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 25th day of September, 2020.

*Kathleen DeSoto*
KATHLEEN L. DESOTO
United States Magistrate Judge